THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(1), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 William Dean Burden, Appellant.
 
 
 

Appeal From Dorchester County
 Diane Schafer Goodstein, Circuit Court Judge

Unpublished Opinion No. 2005-UP-251 
Submitted April 1, 2005  Filed April 7, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Robert Douglas Robbins, of Summerville, for Respondent.
 
 
 

PER CURIAM:  William Dean Burden appeals from his convictions for assault and battery with intent to kill and child abuse, arguing the trial court erred in allowing the State to introduce the victims prior injuries to establish the present injuries were the result of child abuse.  Burdens counsel attached a petition to be relieved, stating he reviewed the record and concluded the appeal lacks merit.  Burden filed a separate pro se brief.  After a thorough review of the record, counsels brief, and Burdens pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J. and KITTREDGE and WILLIAMS, JJ., concur.

[1] We decide this case without oral arguments pursuant to Rule 215, SCACR.